UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

04-12108 RWZ

PHILIP J. DIMARZIO,

        Plaintiff,

v.

ROBERT DIBARI, MARK CELIA, and
CITY OF BROCKTON,

        Defendants.

## NOTICE OF APPEARANCE

Please enter my appearance for Plaintiff, Philip J. DiMarzio, in the above-captioned matter.

*Matthew J Tuttle*

Matthew J. Tuttle, BBO# 562758
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA  02108
(617) 854-4000

Dated: October 1, 2004