AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF __Massachusetts__

Philip J. DiMarzio

V.

Robert DiBari, Mark Celia
and City of Brockton

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12108 RWZ

TO: (Name and address of defendant)

City of Brockton

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Tuttle
Perkins Smith & Cohen, LLP
One Beacon Street
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  OCT 04 2004

FILED IN CLERKS OFFICE
2005 JAN 31 P 1:27
U.S. DISTRICT COURT
DISTRICT OF MASS.

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Jan. 26th, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas C. Hyslop | Process Server/disinterested person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By delivering In Hand to Patricia Florio, Paralegal, City of Brockton 45 School St. Brockton, Ma.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/26/05
                Date

Signature of Server: Thomas C. Hyslop

Address of Server: 92 State St. Boston, Ma. 02109

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.