UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12108RWZ

PHILIP J. DIMARZIO
    Plaintiff,

v.

ROBERT DIBARI, MARK CELIA
and CITY OF BROCKTON,
    Defendants.

## **DEFENDANTS DIBARI, CELIA AND CITY OF BROCKTON'S ANSWER TO PLAINTIFF'S COMPLAINT**

1. This paragraph is jurisdictional nature and does not require an admission or denial by the defendants but to the extent that there are allegations against the defendants, they are hereby denied.

2. The defendants deny the allegations contained in paragraph 2.

### **The Parties**

3. The defendants are without sufficient information to admit or deny the allegations contained in paragraph 3.

4. The defendants admit to the allegations contained in paragraph 4.

5. The defendants admit to the allegations contained in paragraph 5.

### **The Facts**

6. The defendants deny the allegations contained in paragraph 6.

7. The defendants admit to the allegations contained in paragraph 7.

8. The defendants deny the allegations contained in paragraph 8.

9. The defendants are without sufficient information to admit or deny the allegations contained in paragraph 9.

10. The defendants are without sufficient information to admit or deny the allegations contained in paragraph 10.

11. The defendants are without sufficient information to admit or deny the allegations contained in paragraph 11.

12. The defendants are without sufficient information to admit or deny the allegations contained in paragraph 12.

13. The defendants deny the allegations contained in paragraph 13.

14. The defendants deny the allegations contained in paragraph 14.

15. The defendants deny the allegations contained in paragraph 15.

16. The defendants deny the allegations contained in paragraph 16.

17. The defendants deny the allegations contained in paragraph 17.

18. The defendants deny the allegations contained in paragraph 18.

19. The defendants deny the allegations contained in paragraph 19.

20. The defendants deny the allegations contained in paragraph 20.

21. The defendants deny the allegations contained in paragraph 21.

22. The defendants deny the allegations contained in paragraph 22.

23. The defendants deny the allegations contained in paragraph 23.

24. The defendants deny the allegations contained in paragraph 24.

25. The defendants deny the allegations contained in paragraph 25.

26. The defendants are without sufficient information to admit or deny the allegations contained in paragraph 26.  In addition, to the extent that there are legal conclusions, the defendants state that they are without knowledge to admit or deny the same.

27. The defendants deny the allegations contained in paragraph 27.

28. The defendants deny the allegations contained in paragraph 28.

29. The defendants deny the allegations contained in paragraph 29.

30. The defendants deny the allegations contained in paragraph 30.

31. The defendants deny the allegations contained in paragraph 31.

32. The defendants deny the allegations contained in paragraph 32.

33. The defendants deny the allegations contained in paragraph 33.

## COUNT I

### 42 USC §1983 - Against Individual Defendants

34. The defendants reassert their responses to paragraphs 1 through 33 as if fully incorporated herein.

35. The defendants deny the allegations contained in paragraph 35.

## COUNT II

### False Arrest and Illegal Imprisonment - Against Individual Defendants

36. The defendants reassert their responses to paragraphs 1 through 35 as if fully incorporated herein.

37. The defendants deny the allegations contained in paragraph 37.

38. The defendants deny the allegations contained in paragraph 38.

## COUNT III

### Wrongful Prosecution, Conviction and Loss of Liberty - Against Individual Defendants

39. The defendants reassert their responses to paragraphs 1 through 38 as if fully incorporated herein.

40. The defendants deny the allegations contained in paragraph 40

41. The defendants deny the allegations contained in paragraph 41.

## COUNT IV

### 42 USC §1983 - Against City of Brockton

42. The defendants reassert their responses to paragraphs 1 through 41 as if fully incorporated herein.

43. The defendants deny the allegations contained in paragraph 43.

44. The defendants deny the allegations contained in paragraph 44.

45. The defendants deny the allegations contained in paragraph 45.

46. The defendants deny the allegations contained in paragraph 46.

47. The defendants deny the allegations contained in paragraph 47.

48. The defendants deny the allegations contained in paragraph 48.

## COUNT V

### Massachusetts Tort Claims Act - Against City of Brockton

49. The defendants reassert their responses to paragraphs 1 through 48 as if fully incorporated herein.

50. The defendants deny the allegations contained in paragraph 50.

51. The defendants deny the allegations contained in paragraph 51.

52. The defendants deny the allegations contained in paragraph 52.

## JURY CLAIM

The defendant requests a trial by jury on all counts.

## AFFIRMATIVE DEFENSE

**First**

    The plaintiff has failed to state a claim upon which relief can be granted.

**Second**

    The plaintiff has failed to comply with the statute of limitations.

**Third**

    The plaintiff has failed to comply with the presentment notifications of M.G.L. c. 258.

**Fourth**

    The plaintiff has released the defendant from liability.

**Fifth**

    The plaintiff has waived the defendant from liability.

**Sixth**

    The defendant is qualifiedly immuned from liability.

**Seventh**

    None of the allegations made by the plaintiff amount to a state, federal, constitutional or statutory violation.

**Eighth**

    Any of the injuries sustained by the plaintiff are the direct result of his own acts of omissions but not that of defendant Sheriff Frank Cousins.

**Ninth**

    The plaintiff is equitably estopped from asserting recovery against the defendant.

**Tenth**

    The plaintiff is barred by the statute of frauds from recovery against the defendant.

                                      Defendants, Robert DiBari, Mark Celia and
                                      City of Brockton,

By their attorneys,

/s/Stephen C. Pfaff
Douglas I. Louison BBO# 545191
Stephen C. Pfaff BBO# 553057
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

**CERTIFICATE OF SERVICE**

I, Stephen C. Pfaff, hereby certify that on the 4th day of March, 2005, I served the foregoing by electronically filing and causing a copy to be mailed, postage prepaid, directed to: Matthew J. Tuttle, Esquire, Perkins, Smith & Cohen, LLP, One Beacon Street, 30th Floor, Boston, MA 02108.

/s/Stephen C. Pfaff
Stephen C. Pfaff