UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP J. DIMARZIO,    )<br>    )<br>        Plaintiff,    )<br>    )<br>v.    )<br>    )<br>ROBERT DIBARI, MARK CELIA, and    )<br>CITY OF BROCKTON,    )<br>    )<br>        Defendants.    )<br>    ) | CIVIL ACTION<br>NO. 04-12108-RWZ |

## JOINT STATEMENT AND PROPOSED PRETRIAL
## SCHEDULING ORDER PURSUANT TO LOCAL RULE 16.1

The Court has noticed a scheduling conference for April 14, 2005. In accordance with the provisions of Local Rule 16.1(B), counsel have conferred concerning an agenda for matters to be discussed at the scheduling conference, a proposed pretrial schedule for the case that includes a plan of discovery and the filing of motions, and consideration of consent to trial by magistrate judge. Counsel hereby submit this Joint Statement and proposed pretrial scheduling order pursuant to Local Rule 16.1(D).

## I.    DISCOVERY

### A.    Initial Disclosures

The parties intend to exchange initial disclosures by April 28, 2005.

### B.    Subsequent Discovery

The parties propose the following schedule for discovery:

1.    All non-expert depositions and written discovery (interrogatories, requests for production of documents and things, and requests for admissions) are to be completed by

October 21, 2005.  At present, the parties anticipate that the number of depositions necessary in connection with this action will not exceed the number allowed under Local Rule 26.1(c).

2.      The parties will identify their expert witnesses by November 18, 2005.

3.      The plaintiff's expert disclosures will be made by December 9, 2005.

4.      The defendants' expert disclosures will be made by December 30, 2005.

5.      All expert depositions, if any, are to be completed by January 27, 2006.

6.      The final pretrial conference is to be scheduled for after April 28, 2006.

7.      The trial date is to be scheduled for after May 26, 2006.

## II.    MOTIONS

The parties propose the following deadlines for the filing of motions:

1.      All dispositive motions are to be filed by February 24, 2006.

2.      All oppositions to dispositive motions are to be filed by March 31, 2006.

## III.    SETTLEMENT

The plaintiff has served a written demand upon the defendants pursuant to L.R. 16.1(C).

## IV.    CONSENT TO TRIAL BY MAGISTRATE JUDGE

At this time, the parties are not prepared to consent to trial by a Magistrate Judge.

## V.    CONSENT TO ALTERNATIVE DISPUTE RESOLUTION

The parties do not oppose mediating the issues in this case after some discovery has taken place.

## VI.    MODIFICATION OF THE SCHEDULE

All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion to the Court.

## VII.  CERTIFICATIONS

The Certifications required by local Rule 16.1(D)(3), signed by counsel and by an authorized representative of each party, will be filed at or before the scheduling conference.

## VIII.  AGENDA FOR THE SCHEDULING CONFERENCE

The following matters are to be addressed at the scheduling conference:

1.    The parties' proposed pre-trial schedule and discovery plan;

2.    The status of any settlement discussions or use of alternative dispute resolution methods.

Respectfully submitted,

PHILIP J. DIMARZIO,                                        ROBERT DIBARI, MARK CELIA, and
                                                          CITY OF BROCKTON,


By his attorneys,                                          By their attorneys,


_____s/ Matthew J. Tuttle_____            _____s/ Stephen C. Pfaff_____
Juliane Balliro, BBO# 028010                 Douglas I. Louison, BBO# 545191
Matthew J. Tuttle, BBO # 562758              Stephen C. Pfaff, BBO# 553057
Perkins Smith & Cohen LLP                    Merrick, Louison & Costello, LLP
One Beacon Street, 30th Floor                67 Batterymarch Street
Boston, MA 02108                             Boston, MA 02110
(617) 854-4000                               (617) 439-0305

Dated: April 7, 2005




APPROVED AND SO ORDERED

_____, 2005


                                            _____
                                                 United States District Judge