UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12108RWZ

PHILIP J. DIMARZIO
    Plaintiff,

v.

ROBERT DIBARI, MARK CELIA
and CITY OF BROCKTON,
    Defendants.

## JOINT MOTION TO CONTINUE MEDIATION

Now come the Parties and hereby move this honorable Court to continue the mediation currently scheduled for February 22, 2006 at 11:15 a.m. until one of the following dates: March 28 or March 29, 2006.

As grounds therefore, the Defendants state that the notice of an order regarding mediation sent electronically on January 5, 2006 was never received by Defendants' counsel. Defense counsel is unable to make the February 22, 2006 mediation because of a previously scheduled vacation.

WHEREFORE, the Parties move this honorable Court to continue the mediation until one of the two dates referenced above.

| | |
|---|---|
| Plaintiff, Philip J. DiMarzio,<br>By his attorney, | Defendants, Robert DiBari, Mark Celia and City of Brockton,<br>By their attorneys, |
| /s/Matthew J. Tuttle<br>Matthew J. Tuttle BBO# 562758<br>Burns & Levinson, LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108<br>(617) 854-4000 | /s/Stephen C. Pfaff<br>Douglas I. Louison BBO# 545191<br>Stephen C. Pfaff BBO# 553057<br>Merrick, Louison & Costello, LLP<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |