UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHILIP J. DIMARZIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 04-12108-RWZ |
| ROBERT DIBARI, MARK CELIA, and ) | |
| CITY OF BROCKTON, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO EXTEND DISCOVERY PERIOD

The parties in this matter respectfully request that the Court extend the time period for taking discovery in order to allow the parties an opportunity to resolve the matter through a mediation being scheduled with Magistrate Judge Collings. Specifically, the parties request that the current discovery deadline of February 28, 2006 be extended until April 7, 2006, and that the Pretrial Conference presently scheduled for March 8, 2006 be continued until a date in April, or later, that is convenient for the Court. In support of this motion, the parties state as follows:

1. During a status conference on October 25, 2005, the Court ordered that discovery in this matter be completed by February 28, 2006, and that a Pretrial Conference be scheduled for March 8, 2006, at 2:00 p.m. With the assent of the parties, the matter also was referred by the Court to alternative dispute resolution.

2. Pursuant to the Court's referral, Magistrate Judge Collings, in January 2006, scheduled a mediation session for February 22, 2006. Counsel for the defendants, however,

never received the electronic notice of the mediation and was unaware until this week that it had been scheduled.

3. Because the defendants' counsel is unavailable to mediate the case on February 22, the parties, in consultation with Magistrate Judge Collings's chambers, have requested that the mediation be rescheduled for either March 28 or 29, 2006. The parties today filed a joint motion seeking this relief.

4. In order that the parties have an opportunity to resolve this case through mediation prior to having to complete discovery, the parties request that the discovery deadline be extended to a date just beyond the anticipated mediation. Specifically, the parties request that the discovery period be extended to April 7, 2006 so that the case can be mediated on dates in March.

5. To accommodate the mediation schedule and the requested extension of the discovery period, the parties also request that the Pretrial Conference scheduled in this matter for March 8, 2006 be continued until some date in April, or later, that is convenient for the Court.

Respectfully submitted,

| | |
|---|---|
| PHILIP J. DIMARZIO, | ROBERT DIBARI, MARK CELIA, and CITY OF BROCKTON, |
| By his attorneys, | By their attorneys, |
|     s/Matthew J. Tuttle<br>Matthew J. Tuttle, BBO# 562758<br>BURNS & LEVINSON LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108<br>(617) 854-4000 |     s/Stephen C. Pfaff<br>Douglas I Louison, BBO# 545191<br>Stephen C. Pfaff, BBO# 553057<br>MERRICK, LOUISON & COSTELLO, LLP<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |

Dated: February 17, 2006

CERTIFICATE OF SERVICE

     I hereby certify that on the 17th day of February, 2006, a copy of the above document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  s/Matthew J. Tuttle
                                             Matthew J. Tuttle

29968-2-Mot Extend Disc-0206