# United States District Court
# District of Massachusetts

PHILIP J. DIMARZIO,
    Plaintiff,

v.                                CIVIL ACTION NO. 2004-12108-RWZ

ROBERT DIBARI, ET AL.,
    Defendants.

## *REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

    On March 29, 2006, I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | EARLY NEUTRAL EVALUATION | __X__ | MEDIATION |
| _____ | MINI-TRIAL | _____ | SUMMARY JURY TRIAL |
| _____ | SETTLEMENT CONFERENCE | | |

    The plaintiff and the two individual defendants as well as counsel for all parties were present.

[X]    The case was SETTLED contingent upon the City of Brockton consenting to the settlement. There appears to be no indication that the City will not consent. Your Clerk should issue a 60-day Order

<u>March 29, 2006</u>                                              *Robert B. Collings*
    DATE                                                            ROBERT B. COLLINGS
                                                                     United States Magistrate Judge

Copy to:    Judge Zobel
                Rebecca Tyler, Esquire
                Counsel for all parties.