UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12108RWZ

PHILIP J. DIMARZIO
    Plaintiff,

v.

ROBERT DIBARI, MARK CELIA
and CITY OF BROCKTON,
    Defendants.

## STIPULATION OF DISMISSAL

    The parties in the above-captioned action hereby stipulate that this action, including any and all claims set forth in any and all pleadings, including any and all crossclaims, against the defendants Robert DiBari, Mark Celia, and City of Brockton be dismissed with prejudice, without costs or attorneys' fees, and with all rights of appeal being waived.

| Plaintiff, Philip J. DiMarzio,<br>By his attorney, | Defendants, DiBari, Celia, and City of Brockton,<br>By their attorney, |
|---|---|
| /s/ Matthew J. Tuttle<br>Matthew J. Tuttle BBO# 562758<br>Burns & Levinson, LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108<br>(617) 854-4000 | /s/ Stephen C. Pfaff<br>Douglas I. Louison  BBO# 545191<br>Stephen C. Pfaff  BBO# 553057<br>MERRICK, LOUISON & COSTELLO<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |

## CERTIFICATE OF SERVICE

    I, Stephen C. Pfaff, hereby certify that on the 30th day of May, 2006, I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed to: Matthew J. Tuttle, Esq., Perkins, Smith & Cohen, LLP, One Beacon Street, 30th Floor, Boston, MA 02108.

                                    /s/ Stephen. Pfaff
                                    Stephen C. Pfaff